■ In the Matter of DALE BLANK, Respondent, v JoANNE BLANK, Appellant. (Appeal No. 2.) Present —Dillon, P. J., Callahan, Doerr, Boomer and Schnepp, JJ.

■ In the Matter of RICHARD V. CAITO et al., Respondents, v COUNTY OF ERIE et al., Appellants. Memorandum: Since petitioners failed to obtain a grade sufficient to qualify them for the position of Police Chief, Town of Brant, no issue is presented for resolution. (Appeal from judgment of Supreme Court, Erie County, Ricotta, J.—art 78.) Present—Dillon, P. J., Callahan, Doerr, Boomer and Schnepp, JJ.